


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jacob Fetman

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

**-against-**

Jury Trial: ☒ Yes ☐ No
(check one)

Aish HaTorah New York, Inc.
MetLife, Inc.
Marshal Martin Bienstock
Goldberg & Rimberg PLLC

15CV 7440

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff
Name Jacob Fetman
Street Address 1743 Ocean Ave.
County, City Kings, Brooklyn
State & Zip Code NY 11230
Telephone Number 646 261 0200

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Aish HaTorah New York, Inc.
Street Address 313 West 83rd St.

County, City New York, New York
State & Zip Code NY 10024
Telephone Number 212 921 9090

Defendant No. 2
Name Met Life, Inc.
Street Address POB 10356
County, City Des Moines
State & Zip Code IA, 50306
Telephone Number 800-842-9406

Defendant No. 3
Name Marshal Martin Bienstock
Street Address 36-35 Bell Blvd.
County, City Bay Side
State & Zip Code NY 11361
Telephone Number

Defendant No. 4
Name Goldberg and Rimberg, PLLC
Street Address 115 Broadway, 3rd Fl.
County, City New York, New York
State & Zip Code NY, 10006
Telephone Number 212 697 3250

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? 11 U.S.C. 522

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship

Defendant(s) state(s) of citizenship

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? New York

B. What date and approximate time did the events giving rise to your claim(s) occur? June 2nd, 2015

C. Facts: On or about June 2nd, 2015 Defendant Goldberg Rimberg, PLLC requested from defendant Marshal Bienstock to serve plaintiff with a "Notice to Judgment Debtor" not specifying which property is in the process of being taken to satisfy a money judgment relating to defendant Aish HaTorah New York,Inc. Despite attempts to contacts the Marshal to ascertain what this notice related to, no explanations were given. On or about June 24, 2015 defendant Met Life Inc. - administrator of a 403B retirement plan, for plaintiff Fetman (Met Life account # 210105839) - Initiated a full surrender to defendant Marshal Beinstock in the amount of $138,533.80 after deducting aprox. $10,000 in administrative fees associated with 'early termination'.

Despite multiple attempts to get this situation resolved, the defendants continue in collusion to hold this money.

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Full restitution of the account value as of 6/23/15 to Met Life, Inc. and reestablishement of the 403B account.

Compensatory damages and punitive damages to to decided at trial.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 18 day of September, 2015.

Signature of Plaintiff ______

Mailing Address 1743 Ocean Ave.

Brooklyn NY 11230

Telephone Number 646 261 0200

Fax Number *(if you have one)* ______

<u>Note</u>: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**<u>For Prisoners:</u>**

I declare under penalty of perjury that on this _____ day of _________________, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ______

Inmate Number ______

MetLife
P.O. Box 10356
Des Moines IA 50306-0356




June 25, 2015

JACOB FETMAN
1743 OCEAN AVE
BROOKLYN NY 11230

RE: **METLIFE INVESTORS INSURANCE COMPANY CONTRACT 210105839**
**OWNER JACOB FETMAN**

Dear Mr. Fetman:

This is in response to a Notice of Levy received from AISH HATORAH NEW YORK INC. for the amount of $23,836,171.23.

As ordered in the Notice of Levy, we have processed a full surrender on your annuity contract. The account balance as of 06/24/2015 is 138,533.80.

If you have any questions regarding the above information, please contact Customer Service Center at 1-800-842-9406 (MIC Group Client Line), Monday through Friday between 9:00 a.m. and 6:00 p.m., ET.

Sincerely,

Alnita Lee
MetLife Annuity Operations and Services




**MARTIN A. BIENSTOCK**
**Badge No. 75**

(718) 279-3660

36-35 Bell Boulevard
P.O. Box 610700
Bayside, N.Y. 11361-0700
FAX: 718-423-0014

June 10, 2015

JACOB FETMAN AKA YAAKOV FETMAN
1743 OCEAN AVE.
BROOKLYN NY

**JUDGMENT CREDITOR**
AISH HATORAH NEW YORK INC.
**VS**
JACOB FETMAN AKA YAAKOV FETMAN
**JUDGMENT DEBTOR**

**NOTICE TO JUDGMENT DEBTOR**

Money or property belonging to you may have been taken or held in order to satisfy a judgment which has been entered against you. Read this carefully.

**YOU MAY BE ABLE TO GET YOUR MONEY BACK**

State and federal laws prevent certain money or property from being taken to satisfy judgments. Such money or property is said to be "exempt". The following is a partial list of money which may be exempt:

1. Social Security; and/or Social Security disability (SSD);
2. Supplemental security income (SSI);
3. Public Assistance (welfare)
4. Income earned while receiving SSI or public assistance;
5. Veterans benefits;
6. Unemployment insurance;
7. Payments from pensions and retirement accounts;
8. Disability Benefits;
9. Income earned in the last 60 days (90% of which is exempt);
10. Workers' Compensation Benefits;
11. Child Support and/or Spousal support or maintenance (alimony);
12. Railroad retirement and/or Black lung benefits

If you think that any of your money that has been taken or held is exempt, you must act promptly because the money may be applied to the judgment. If you claim that any of your money that has been taken or held is exempt, you may contact the person sending this notice.

**YOU MAY CONSULT AN ATTORNEY, INCLUDING LEGAL AID IF YOU QUALIFY.** The law (New York civil practice laws and rules, article four and sections fifty-two hundred thirty-nine and fifty-two hundred forty) provides a procedure for determination of a claim to an exemption.

**Docket No. M 297292**

**MARTIN A. BIENSTOCK**
**Marshal, City of New York**
**Badge No. 75**

GOLDBERG & RIMBERG, PLLC
Creditor or Attorney(s) for Judgment Creditor

M297292

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------ X

AISH HATORAH NEW YORK, INC.,
Petitioner,

For An Order Pursuant To
Article 75 Of The CPLR
Confirming An Arbitration Award

- against -

JACOB FETMAN a/k/a YAAKOV FETMAN,
Respondent.
------------------------------------ X

Index No. 022057/13

*EXECUTION*
Re: Jacob Fetman

THE PEOPLE OF THE STATE OF NEW YORK

TO THE SHERIFF OR ANY MARSHAL OF THE CITY OF NEW YORK

GREETINGS:

**WHEREAS**, in an action in the Supreme Court, County of Kings, between Aish Hatorah New York, Inc., as Petitioner, and Jacob Fetman aka Yaakov Fetman, as Respondent, who are all the parties named in said action, a judgment was filed and entered on October 7, 2014, in favor of Aish Hatorah New York, Inc., judgment-creditor, and against **Jacob Fetman a/k/a Yaakov Fetman,** judgment-debtor, whose last known address is 1743 Ocean Avenue, Brooklyn, New York, for the sum of $21,430,641.99 which amount together with interest thereon from the date of entry of judgment remains due and unpaid;

**NOW THEREFORE, WE COMMAND YOU** to satisfy the said judgment out of the real and personal property of **Jacob Fetman** the judgment debtor and the debts due to **Jacob Fetman,** and that only the property in which the judgment debtor, who is not deceased, has an interest, or the debts owed to the judgment debtor, shall be levied upon or sold thereunder; AND TO RETURN this execution to the Clerk of the Court with sixty days after issuance unless service of this execution is made within that time, or within extensions of that time made in writing by the attorneys for the judgment creditor.

Pursuant to CPLR § 5205(1), $2,625 of an account containing direct deposit or electronic payments reasonably identifiable as statutorily exempt payments, as defined in CPLR § 5205(1)(2), is exempt from execution and the garnishee cannot levy upon or restrain $2,625 in such an account.

Pursuant to CPLR § 5222(i), an execution shall not apply to an amount equal to or less than 90% of the greater of 240 times the federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938 or 240 times the state minimum hourly wage prescribed in Labor Law § 652 as in effect at the time the earnings are payable, except such part as a court determines to be unnecessary for the reasonable requirements of the judgment debtor and his or her dependents.

Dated: New York, New York
June 2, 2015

**GOLDBERG & RIMBERG, PLLC**

By: ______________________
**Evan R. Shusterman**
*Attorneys for Judgment Creditor*
115 Broadway, 3rd Fl.
New York, New York 10006
(212) 697-3250